No. 1249. Alonso, Riera & Co.,, Demandantes y Apelantes, *v.* Riera, Demandado y Apelado.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª., en un caso sobre cobro de dinero. Moción de la parte apelante desistiendo de la apelación. Resuelto en diciembre 14, 1914. Se tiene por desistida a la parte apelante. Abogado de la parte apelante: *Sr. Jacinto Texidor.* El apelado no compareció.

---

No. 740. El Pueblo, Demandante y Apelado, *v.* Colón, Acusado y Apelante.—

No. 741. El Pueblo, Demandante y Apelado, *v.* Santiago, Acusado y Apelante.—

No. 743. El Pueblo, Demandante y Apelado, *v.* Ramos, Acusado y Apelante.—

No. 742. El Pueblo, Demandante y Apelado, *v.* Rodríguez, Acusado y Apelante.—

Apelaciones procedentes de la Corte de Distrito de Mayagüez en causas por delito electoral. Resueltos en diciembre 16, 1914. Confirmadas las sentencias apeladas. Abogado del Pueblo: *Sr. Salvador Mestre, Fiscal.* Los acusados no comparecieron.